**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO**

| | |
|---|---|
| DEAN SATER, | Case No. 3:17-CV-00233-LRH-WGC |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | **AND ORDER THEREON** |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff DEAN SATER and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, incorrectly sued as "Life Insurance Company of North America dba Cigna," by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

IT IS SO STIPULATED.

Dated: September 21, 2017　　　　　　**MESERVE, MUMPER & HUGHES LLP**

By: */s/ Anna M. Martin*

ANNA MARTIN
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Dated: September 21, 2017　　　　　　**MATTHEW L. SHARP, LTD.**

By: */s/ Matthew L. Sharp*
MATTHEW L. SHARP
Attorneys for Plaintiff DEAN SATER

IT IS SO ORDERED:

_____
THE HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE

DATED: September 22, 2017